**SO ORDERED.**

**SIGNED this 4 day of August, 2017.**



_____
**Joseph N. Callaway**
**United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## FAYETTEVILLE DIVISION

IN RE:
KENNETH RAY HARDIN                    CASE NO: 17-01177-5-JNC
1936 RUSS ROAD                        CHAPTER 13
LUMBERTON, NC 28358
      DEBTOR

### CONSENT ORDER

THIS CAUSE coming on to be heard upon the Trustee's Motion to Dismiss and the Debtor's response thereto.

AND IT APPEARING TO THE COURT that the Debtor and the Chapter 13 Trustee have consented to resolve this matter and request the entry of this Consent Order based upon the following:

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Debtor will resume regular payments of $150.00 each month beginning August 2017. Debtor will make additional payments of $25.00 each month for three (3) months to bring the plan current beginning August 2017. In the event the Debtor fails to make any payment due within thirty (30) days of the due date, for a period of three (3) months, this case will be dismissed without further notice or hearing.

ALSO, The Debtor will provide copies of requested income tax returns to the Trustee no later than August 31, 2017. If tax returns are not received by this date, this case will be dismissed without further notice or hearing.

CONSENTED TO:

s/Joseph A. Bledsoe, III
JOSEPH A. BLEDSOE, III
CHAPTER 13 TRUSTEE


CHAD W. HAMMONDS
ATTORNEY FOR DEBTOR

"End of Document"